RHODA SAMI v. ALBERT SAMI.— Motion for leave to appeal to the Court of Appeals or for reargument denied. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 633.]

■

HELEN AMES, Respondent, v. WATSON ELEVATOR CO. INC., Appellant, et al., Respondents.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Cohn, Van Voorhis, Shientag and Heffernan, JJ. [See *ante*, p. 649.]

■

RUZICKA'S, a Partnership, v. GREENHOUSE FLOWER COOPERATIVE, INC., et al. — Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Heffernan, JJ. [See *ante*, p. 676.]

■

CHARLES K. RUDMAN v. MARJORIE L. RUDMAN.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 636.]

■

JOSEPHINE VILLAFANA v. JOSEPH A. VILLAFANA.— Motion to reargue appeal decided by this court on May 24, 1949 (275 App. Div. 810) granted upon the stipulation herein dated February 9, 1951, and signed by the parties hereto and their attorneys. Upon such reargument the judgment entered in the Supreme Court, New York County, on the 28th day of September, 1948, as resettled on the 5th day of November, 1948, is reversed and judgment granted annulling the marriage and reducing the weekly payments for the support of the infant child of the parties to $15. (See *Landsman* v. *Landsman*, 302 N. Y. 45.) Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

## SECOND DEPARTMENT, MARCH, 1951.
## (March 5, 1951.)

■

JULIA CHESNY, Appellant, v. HEINZ H. CHESNY, Respondent.— Motion referred to the court that rendered the decision. Present — Carswell, Acting P. J., Johnston, Sneed, Wenzel and MacCrate, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Motion, in the alternative, to remit to Special Term denied, without costs. Respondent's time to answer is extended until ten days from the entry of the order hereon. Present— Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ. [See *ante*, p. 586.]

■

COLONNA AND COMPANY, INC., Appellant, v. ANTHONY M. MEYERSTEIN, INC., et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Sneed, Wenzel and MacCrate, JJ. [See *ante*, p. 588.]